**No. 62081.**—Senter Brass Products Corp. v. United States, protest 192425–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ball cock assemblies, which are constituent and integral parts of toilet-box assemblies, the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 62082.**—S. H. Pomerance Co., Inc. v. United States, protest 314072–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed for lack of prosecution.

**No. 62083.**—Inter-Maritime Forwarding Co., Inc. v. United States, protest 315453–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, JUNE 17, 1958

**No. 62084.**—Manca, Inc. v. United States, protests 292049–K and 292050–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the merchandise was held dutiable as follows: (1) The items marked "A" at 15 percent under the provision in paragraph 1551, as modified by T. D. 52739, supplemented by T. D. 52820, *supra*, for photographic cameras; the items marked "B" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for photographic lenses; and the items marked "C" at 20 percent under paragraph 1551 of the tariff act as photographic cameras, not specially provided for.